BEFORE THE SECOND DIVISION, SEPTEMBER 24, 1941

**No. 46345.**—Protest 50294–K of Saji Trading Co., Ltd. (Los Angeles).

Opinion by TILSON, J. It appeared from the record that embroidered rayon wearing apparel was erroneously classified. The claim at 75 percent under paragraph 1529 (a) and T. D. 48316 was sustained as to the item in question.